559 P.2d 398

**ROYAL INTERNATIONAL OPTICAL COMPANY, d/b/a Texas Optical, a Texas Corporation, Petitioner,**

v.

**TEXAS STATE OPTICAL COMPANY, a Texas Corporation, and Dr. N. J. Rogers, Individually, and as a partner of Texas State Optical Company, a/k/a TSO, Respondents.**

No. 10813.

Supreme Court of New Mexico.

June 8, 1976.

DECISION

SOSA, Justice.

There being substantial evidence to support the judgment of the trial court, its

decision is affirmed. The Court of Appeals is reversed.

IT IS SO ORDERED.

OMAN, C. J., and McMANUS, STEPHENSON and MONTOYA, JJ., concur.